No. 96–515. STORY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–518. JORDAN v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5052. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5232. SANCHEZ v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5335. BUTLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5365. RAY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–5366. SPEARS v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–5374. ROQUEMORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5417. THIGPEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5441. BOTTOSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–5481. THOMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5689. SCHURZ v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–5706. RASHID v. SOCIETY HILL SAVINGS AND LOAN ASSN. C. A. 3d Cir. Certiorari denied.

No. 96–5715. HOVERSTEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5725. JOHNSON v. BROWN ET AL. C. A. 9th Cir. Certiorari denied.